**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 4:06-CR-01-01-SEB-MGN |
| | ) | |
| CHARLES EDWARD MINOR | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge's Report and Recommendation dated

January 11, 2011, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's

supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve

a term of fourteen (14) months imprisonment with no term of supervised release to follow.

Date: 01/12/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Warden
james.warden2@usdoj.gov

Khalid Kahloon
kahloon@msn.com, kahloon2@hotmail.com

U.S. Marshal

U.S. Probation Office